# Court of Appeals
# of the State of Georgia

ATLANTA, August 11, 2025

*The Court of Appeals hereby passes the following order:*

## A26D0009. JACKSON L. GATES v. JESSICA ROSS et al.

In this tort action, the trial court found Jackson L. Gates and Gates Rapid Diagnostic Laboratory of Atlanta, Inc. (the "Defendants") to have been in default. The defendants filed motions to set aside and open default, which the trial court denied. On June 18, 2025, after a jury trial on damages, the trial court entered judgment in the amount of $2,000,000 in compensatory damages and $250,000 in punitive damages. The Defendants then filed this application on July 18, 2025.

Under OCGA § 5-6-35 (j), we will grant a timely application for discretionary review if the lower court's order is subject to direct appeal. See *City of Rincon v. Couch*, 272 Ga. App. 411, 412 (612 SE2d 596) (2005). The Defendants filed a timely application from the trial court's final judgment. Accordingly, this application is hereby GRANTED. Because the Defendants have already filed a notice of appeal, they need not file a second notice, and the appeal will proceed in Case No. A26A0123. See *Wannamaker v. Carr*, 257 Ga. 634, 635 (1) (362 SE2d 53) (1987) (a notice of appeal filed after an application to appeal was filed, but before the application was granted, ripens upon entry of an order granting the application).

The trial court clerk is DIRECTED to supplement the record in Case No. A26A0123 with a copy of this order.



*Court of Appeals of the State of Georgia*
  *Clerk's Office, Atlanta,__08/11/2025_____*

    *I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*

    *Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ *, Clerk.*